ACCEPTED
04-14-00614-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/12/2015 6:19:50 PM
KEITH HOTTLE
CLERK

# No. 04-14-00614-CV

In The Fourth Court of Appeals
San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

03/12/2015 6:19:50 PM

KEITH E. HOTTLE
Clerk

HECTOR GONZALEZ,

Appellant

v.

ATENEA CAPITAL MARKETS FUND, L.P.,

Appellee

## First Unopposed Motion for Extension of Time
## to File Appellee's brief

Lance Geppert
Attorney at Law
8000 West Ave., Suite 1
Castle Hills, Texas  78213
Telephone: (210) 888-9836
Facsimile: (210) 855-9990
email: lgeppert@grandecom.net
Attorney for Appellee

TO THE HONORABLE FOURTH COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), the Appellee Atenea Capital Markets Fund, L.P. ("Appellee" herein), files this its Unopposed First Motion to Extend Time to File Appellant's Brief.

Appellee's responsive brief is currently due on March 12, 2015.

Counsel for Appellee requests a thiry (30) day extension of time to file its brief, making the brief due on April 11, 2015. This is the first request for extension of time to file the Appellee's Brief.

Counsel for Appellee relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

The Appellant first submitted his Appendix on February 23, 2015 and resubmitted it on March 3, 2015 and the Appendix has still not been accepted/approved by the Court. As of the date of this Motion, the clerk is waiting for the cover sheet and service information to be corrected. The Appellee would like to wait to file its brief until after the Appendix to Appellant's brief has been accepted in whole.

Counsel for Appellee has been completing other deadlines and other matters in his practice and seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he/she has indicated that his client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellee Atenea Capital Markets Fund, L.P. requests that this Court grant this Unopposed First Motion to Extend Time to File Appellee's Brief and extend the Deadline for Filing the Appellee's Brief up to and including April 11, 2015. Appellee further requests all other relief to which it may be entitled.

Respectfully submitted,


/s/ Lance Gepppert_____

Lance Geppert
Attorney at Law
8000 West Ave., Suite 1
Castle Hills, Texas  78213
Telephone: (210) 888-9836
Facsimile: (210) 855-9990
*lgeppert@grandecom.net*


**CERTIFICATE OF CONFERENCE**

I certify that I conferred with counsel for Appellee/Appellant regarding this motion and that Appellant is not opposed to this motion.


_____/s/ Lance Geppert_____
Lance Geppert, Attorney for Appellee


**CERTIFICATE OF SERVICE**

I certify that on March 12, 2015, I mailed a copy of this motion to the following counsel by electronic service and facsimile.


George D. Durham          Via facsimile at (956) 524-5153 and email
517 W. Nolana, Suite 6
McAllen, Texas  78504
gsklawfirm@gmail.com


___/s/ Lance Geppert_____
Lance Geppert, Attorney for Appellee